# EXHIBIT A

## SABATINI FREEMAN, LLC

**CARLO SABATINI***
**KRISTIN SABATINI**
**BRETT FREEMAN**

7860858

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

October 16, 2019

Atlantic Credit & Finance, Inc.
3353 Orange Avenue
Roanoke, VA 24012

Midland Funding, LLC
3111 Camino Del Rio North, Suite 1300
San Diego, CA 92108

*VIA OVERNIGHT MAIL*

RE:   *Carolyn Barker v. Atlantic Credit & Finance, Inc., et al.*
        Luzerne County Court of Common Pleas Docket 2019-cv-09112

Dear Sir or Madam:

Enclosed please find the complaint filed in the above-referenced action.

Sincerely yours,

Carlo Sabatini

CS/smd
Enclosures as itemized in the first paragraph
cc:   Carolyn Barker (with enclosure)

* Board Certified - Consumer Bankruptcy Law - American Board of Certification

Carolyn Barker
337 Nevel Hollow Road
Hunlock Creek, PA 18621

                Plaintiff

v.

Atlantic Credit & Finance, Inc.
3353 Orange Avenue
Roanoke, VA 24012

Midland Funding, LLC
3111 Camino Del Rio North, Suite 1300
San Diego, CA 92108

                Defendants

Court of Common Pleas of Luzerne
County – Civil Action

| 2019-09112 |
|---|

Jury Trial Demanded

## NOTICE

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claim set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED RATE OR NO FEE.

## AVISO

A USTED SE LE HA DEMANDADO EN LA CORTE. Si usted quiere defenderse contra la demanda expuesta en las siguientes páginas, tiene que tomar acción en un plazo de veinte (20) días después que reciba esta demanda y aviso, por presentar una notificación de comparecencia escrita personalmente o por un abogado y radicar por escrito en la Corte sus defensas u objeciones a las demandas presentadas en su contra. Se le advierte que si falla en hacerlo, el caso podría seguir adelante sin usted y un fallo podría ser dictado en su contra por la Corte sin previo aviso por cualquier dinero reclamado en la demanda o por cualquier otro reclamo o desagravio pedido por el/la demandante. Puede que usted pierda dinero o propiedad u otros derechos importantes para usted. USTED

DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO, DIRÍJASE O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ABAJO. ESTA OFICINA PUEDE PROVEERLE CON INFORMACIÓN SOBRE COMO CONTRATAR UN ABOGADO. SI NO TIENE LOS FONDOS SUFICIENTES PARA CONTRATAR UN ABOGADO, ESTA OFICINA PODRÍA PROPORCIONARLE INFORMACIÓN ACERCA DE AGENCIAS QUE PUEDAN OFRECERLES SERVICIOS LEGALES A PERSONAS QUE REÚNAN LOS REQEQUISITOS A UN HONORARIO REDUCIDO O GRATIS.

North Penn Legal Services, Inc.
33 N. Main Street,
Suite 200
Pittston, PA 18640
(570) 299-4100
(877) 953-4250 Toll free
(570) 824-0001 Fax

Servicios Legales de North Penn, Inc.
33 la Calle Main del Norte, Oficina 200
Pittston, PA 18640
(570) 299-4100
(877) 953-4250 Llamada gratuita
(570) 824-0001 Fax

101 West Broad Street,
Suite 513
Hazelton, PA 18201
(570) 455-9512
(877) 953-4250 Toll Free
(570) 455-3625 Fax

101 la Calle Broad del Oeste,
Oficina 513
Hazelton, PA 18201
(570) 455-9512
(877) 953-4250 Llamada gratuita
(570) 455-3625 Fax

Carolyn Barker,
     Plaintiff

v.

Atlantic Credit & Finance, Inc.,
Midland Funding, LLC,
     Defendants

Court of Common Pleas of Luzerne
County – Civil Action

**2019-09112**

Jury Trial Demanded

## COMPLAINT

### I. Introduction

1.   This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction

2.   Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3.   Venue in this district is proper in that Defendant Atlantic Credit & Finance, Inc. transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4.   Plaintiff, Carolyn Barker, is a natural person residing at 337 Nevel Hollow Road, Hunlock Creek, PA 18621.

5.   Defendant Atlantic Credit & Finance, Inc. ("Atlantic") is a corporation with a place of business located at 3353 Orange Avenue, Roanoke, VA 24012.

6.   Atlantic regularly uses the mail in its business.

7.   The principal purpose of Atlantic's business is the collection of debts.

8. Atlantic has reason to believe that a non-trivial portion of the accounts that it collects are for obligations for which the money, property, insurance or services which were the subjects of the transactions were primarily for personal, family, or household purposes.

9. Atlantic has reason to believe that it is probably true that the principal purpose of its business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. The principal purpose of Atlantic's business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5).

11. Atlantic regularly attempts to collect debts asserted to be due to another. The term "debt" is used in this allegation as that term is defined by 15 U.S.C. § 1692a(5).

12. Atlantic's website says, "Established in 1996 and headquartered in Roanoke, Virginia, with a branch location in St. Cloud, Minnesota, Atlantic Credit & Finance is a leading servicer of unsecured, consumer-distressed assets." http://www.atlanticcreditfinance.com/about_us.html

13. Atlantic is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

14. Defendant Midland Funding, LLC ("Midland") is a limited liability corporation engaged in the business of collecting debts in this state with a place of business located at 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108 and is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

15. MF uses the mails in its business.

16. MF buys defaulted debts.

17. In 2018, MF filed lawsuits seeking to collect from consumers millions of dollars of debts that MF had purchased.

2

18. The principal purpose of MF's business is the collection of debts.

### IV. Statement of Claim

19. Within the past year Atlantic was attempting to collect from Plaintiff an account that Plaintiff allegedly owed to Midland Funding, LLC ("the Account").

20. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5).

21. On or about July 24, 2018, Atlantic caused to be mailed a letter addressed to Plaintiff.

22. A true and correct copy of the letter is attached as Exhibit A. (Redacted to ensure financial privacy.)

23. The letter was an attempt to collect the Account.

24. A collection letter is viewed from the perspective of the least sophisticated debtor.

25. If the least sophisticated debtor could give two different meanings to ambiguous language, and if one of those meanings is inaccurate, then the language is deceptive.

26. Here the collection letter stated, *inter alia*:

> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

3

27. The use of the word "if" implies two options to the least sophisticated debtor: the debt can be disputed either orally or in writing.

28. In other words, this language would convey to a debtor that the debtor could orally exercise her rights to lodge a dispute and thereby prevent the debt collector from assuming that the debt is valid.

29. However, an oral dispute is "not a legally effective alternative for disputing the debt." *Caprio v HRRG, LLC,* 709 F.3d 142, 151 (3d Cir. 2013).

30. If the debt is disputed in writing, then the consumer would receive additional information: i.e., verification of the debt, a copy of a judgment or the name and address of the original creditor.

31. However, a consumer who did not care to receive this information and who instead simply wished to dispute the validity of the debt could believe that an oral dispute would be the fastest and simplest way to accomplish that goal.

32. When a consumer lodges a dispute orally instead of in writing, the consumer loses important protections.

33. Specifically, if the consumer timely submits a written dispute, then the debt collector must stop collecting the debt, or any disputed portion thereof, until the debt collector provides the consumer with written verification of the debt. *See* 15 U.S.C. § 1692g(b).

34. However, if a dispute is lodged orally, then the debt collector may continue to collect the debt without providing the written verification.

35. Thus, if a consumer calls a debt collector to lodge an oral dispute, the debt collector is free to acknowledge the dispute, and to then continue to attempt to collect

4

the debt *even during that very phone call in which the dispute was lodged.*

36. The effect of not informing Plaintiff that a dispute must be made in writing is to encourage disputes to be lodged orally. And, as compared to an effective written dispute, an oral dispute is harmful to the consumer because (a) the debt collector is not actually required to obtain verification of the disputed debt, and (b) the debt collector has an opportunity to attempt to compel payment of the debt during the phone call in which the dispute is lodged.

37. 15 U.S.C. § 1692g(a) requires a debt collector to notify a consumer of her dispute rights within five days of the first communication with the consumer in connection with the collection of the debt.

38. Atlantic never *orally* provided Plaintiff with the information required by § 1692g.

39. The letter was Atlantic's first *written* communication with Plaintiff in connection with the collection of the Account.

40. In the five-day period following the mailing of the letter, Atlantic did not send Plaintiff any other written communication regarding the Account.

41. The letter does not effectively convey to the consumer the information required by § 1692g and is deceptive or misleading in violation of § 1692e(10).

42. By failing to indicate that the dispute must be in writing, the notice violates the Act. *Smith v. American Coradius International, LLC*, 2019 WL 2501469 (M.D. Pa. June 17, 2019)(Caputo, J.).

43. It is believed, and therefore averred, that Midland was the owner of the Account at the time of the aforementioned collection activity and enlisted Atlantic to collect the Account.

5

44.    At all times relevant hereto, Atlantic was acting on behalf of and as an agent of Midland in attempting to collect a consumer debt allegedly owed to Midland.

45.    Midland is directly and vicariously liable for the conduct of Atlantic in attempting to collect a debt allegedly owed by Plaintiff.

46.    Defendants violated the Act, 15 U.S.C. § 1692g.

WHEREFORE, Plaintiff demands judgment against all Defendants, jointly and severally, for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Carlo Sabatini
Bar Number PA 83831
Attorney for Plaintiff
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000

## Certification of Compliance

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Carlo Sabatini

6

## Verification by Plaintiff Carolyn Barker

I affirm that the averments of fact contained in this pleading are true upon my personal knowledge or information and belief.

_Carolyn Barker_
Carolyn Barker

# Exhibit A

(Letter dated July 24, 2018)

Atlantic Credit & Finance, Inc.
PO Box 2083
Warren, MI 48090



**CREDIT & FINANCE INCORPORATED**
866-397-4100 • Fax 540-772-7895
http://www.atlanticcreditfinance.com

Return Service Requested



043974  L2TAC208
CAROLYN BARKER
337 NEVEL HOLLOW RD
HUNLOCK CREEK, PA 18621-3080

Original Creditor ▸ SYNCHRONY BANK
                         JCPENNEY
Current Creditor ▸ MIDLAND FUNDING, LLC ("MID")
          Acct # ▸ ●●●●●●●●●●●●
      ACF Acct # ▸
        Balance ▸ $1,689.70

July 24, 2018

Dear Mr./Ms. Carolyn Barker:

Please allow this letter to serve as an introduction to MID. MID has purchased or was otherwise assigned the account (the "Account") referenced above and it has been placed with Atlantic Credit & Finance, Inc. ("Atlantic") for collection.

Our records reflect you are obligated on the Account which is in default. Accordingly, Atlantic is entitled to be paid the balance due of $1,689.70. All payments on the account should be sent as noted below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

To discuss this debt, please contact Alicia Shiflett toll free at 866-397-4100, between 12:00 P.M. and 9:00 P.M. EST Monday through Wednesday, 8:30 A.M. to 5:30 P.M. on Thursday and 9:00 A.M. to 5:00 P.M. EST on Friday.

Mail all Correspondence to:
Atlantic Credit & Finance, Inc.
PO Box 13386
Roanoke, VA 24033-3386

Mail all Payments to:
Atlantic Credit & Finance, Inc.
PO Box 2001
Warren, MI 48090-2001

Office Hours: 8:30 A.M. - 9:00 P.M., Monday - Wednesday; 8:30 A.M. - 5:30 P.M., Thursday; 9:00 A.M. - 5:00 P.M. Friday (EST)

**This communication is from a debt collector.**
This is an attempt to collect a debt. Any information obtained will be used for that purpose.
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

▲ Detach Here ▲     **DETACH HERE AND ENCLOSE THIS PORTION ALONG WITH PAYMENT**     ▲ Detach Here ▲
Make check or money order payable to Atlantic Credit & Finance, Inc.

7860858
CAROLYN BARKER
337 NEVEL HOLLOW RD
HUNLOCK CREEK, PA 18621-3080

July 24, 2018

WE ACCEPT M/C AND VISA
☐ [MC]   ☐ [VISA]

Account Number: _____
Expiration Date: _____
Amount To Be Applied to Card: $ _____
Cardholder Signature: (Print Name Below Line)

_____

Original Creditor ▸ SYNCHRONY BANK
        Acct # ▸ ●●●●●●●●●●●●
    ACF Acct # ▸
      Balance ▸ $1,689.70
Amount Enclosed ▸ |

ATLANTIC CREDIT & FINANCE, INC.
PO BOX 2001
WARREN, MI 48090-2001

090C

We are required to provide the following information under state law. This is not a complete list of your rights by state. If you do not reside in one of these states, you may still have the same or similar rights under federal or state law.

California Residents: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period described on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work, when they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Please see the enclosed insert: NOTICE TO CALIFORNIA CONSUMERS.

Colorado Residents: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

Local Office: Colorado Manager, Inc., Building B, 80 Garden Center, Suite 3, Broomfield, CO 80020 (303)920-4763

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Illinois Residents: The name and address of the Original Creditor are: SYNCHRONY BANK, P.O. Box 965033, FL 32896.

Massachusetts Residents: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

Minnesota Residents: This collection Agency is licensed by the Minnesota Department of Commerce.

Tennessee Residents: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

Utah Residents: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period described on the front of this letter.

North Carolina Permit No. 112256 (3353 Orange Ave., Roanoke, VA 24012)

North Carolina Permit No. 112467 (16 McLeland Road, St. Cloud, MN 56303)

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

### FROM: (PLEASE PRINT)   PHONE (     )

Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512

### DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED  Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

### TO: (PLEASE PRINT)   PHONE (     )

Atlantic Credit & Finance, Inc.
3353 Orange Avenue
Roanoke, VA 24012

ZIP + 4® (U.S. ADDRESSES ONLY)

☞ PEEL FROM THIS CORNER

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

## ORIGIN (POSTAL SERVICE USE ONLY)

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

| PO ZIP Code | Day of Delivery | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 18512 | ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | 10/17/19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
|---|---|---|
| 10/16/19 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ |

| Time Accepted | ☐ 10:30 AM Delivery Fee | Return Receipt Fee |
|---|---|---|
| 4:44 ☐ AM ☐ PM | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 25.50 |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 6.w lbs. oz. | | |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

EJ 120 802 556 US

1007



24012

DUNMORE, PA
18512
OCT 16, 19
AMOUNT
$25.50
R2305K142237-06